**Mark J. Werksman, Esq. - CSB No. 120767**
**Nina E. Daly, Esq. - CSB No. 248796**
**LAW OFFICES OF MARK J. WERKSMAN**
888 West Sixth Street, 4th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

Attorneys for Defendant
John Petrov

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. CR 02-973-NM |
| ) | |
| Plaintiff, ) | **ORDER RE: EARLY TERMINATION OF PROBATION AS TO DEFENDANT JOHN PETROV** |
| v. ) | |
| JOHN PETROV, ) | |
| Defendant. ) | |
| _____ ) | |

THE COURT HEREBY grants John Petrov's Motion for Early Termination of Probation.

**IT IS SO ORDERED.**

DATED: February 12, 2008        **ALICEMARIE H. STOTLER**
                                Honorable Alicemarie H. Stotler
                                Chief United States District Court Judge

**cc: USMO-LA**
     **USPO-LA**

1